### ADAMS v. CENTRAL OF GEORGIA RAILWAY CO.

(Decided January 11, 1917. 73 South. 999.)

APPEAL from Shelby Circuit Court.

Heard before Hon. HUGH D. MERRILL.

RIDDLE & ELLIS, for appellant. LONDON, YANCEY & BROWE;, for appellee.

SOMERVILLE, J.—Reversed and remanded on the authority f *Adams v. The Central of Georgia Railway Company, infra* 43, 73 South. 650.

ANDERSON, C. J., and MCCLELLAN, SAYRE, GARDNER ad THOMAS, JJ., concur. MAYFIELD, J., dissents.

---

### ALABAMA STATE LAND CO. v. THE STATE.

(Decided December 8, 1916. 73 South. 999.)

APPEAL from DeKalb Circuit Court..

Heard before Hon. W. W. HARALSON.

LUKE P. HUNT, for appellant. W. L. MARTIN, Attorney eneral, for the State.

Per Curiam.—The amount agreed upon between the p&ies and judgment entered accordingly.

---

### ALEXANDER v. THE STATE.

(Decided November 30, 1916. 73 South. 999.)

APPEAL from Walker Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for appellant. W. L. MARTIN, A⁊rney General, for State.

Per Curiam.—Appeal dismissed.